# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128368

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

MARK JOSEPH ANSTEY,
    Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128368
COA: 255416
Berrien CC: 03-411091-SD

_____/

    On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed: (1) whether dismissal is the proper remedy for the denial of an independent chemical test in violation of MCL 257.625a(6)(d); and (2) whether this Court's decision in *People v Koval,* 371 Mich 453 (1963), was correctly decided.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

s1012

_____
Clerk